[No. 45704-7-I.   Division One.   December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAWAUNE TOBIA MASSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07081-6, Sharon S. Armstrong, J., entered November 15, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 42705-9-I.   Division One.   December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LORIN E. FRENCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04350-2, Charles W. Mertel, J., entered May 12, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 19006-4-III.   Division Three.   December 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVA JEAN TALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00055-7, Gregory D. Sypolt, J., entered December 17, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18782-9-III.   Division Three.   December 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID VICTOR JOHNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-01293-9, C. James Lust, J., entered September 29, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Kato, J.